**SO ORDERED.**

**SIGNED this 30 day of May, 2025.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:
JANICE FISH HOLDER                                CASE NO: 24-03972-5-DMW
P.O. BOX 632                                      CHAPTER 13
ELIZABETHTOWN, NC  28337
        DEBTOR

## CONSENT ORDER

**THIS MATTER** coming on to be heard before the Court upon the Motion to Dismiss ("Motion") filed by the Chapter 13 Trustee:

**AND IT APPEARING TO THE COURT** that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order:

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is denied.

2. The Debtor shall resume regular monthly payments in the amount of $1,110.00 beginning with the payment due June 1, 2025.

3. The Debtor shall make additional payments each month in the amount of $220.00 beginning June 1, 2025, and continuing monthly thereafter for a period of six (6) months to bring the plan current.

4. In the event the Debtor fails to make any regular payment or additional payment within 30 days of the due date, this case will be deemed immediately dismissed upon notification by the Trustee to the Court without the need for the Trustee to reapply to the Court.  This automatic dismissal provision will terminate after six (6) months, applying to payments

starting on June 1, 2025, and continuing to and including the payment due on November 1, 2025.

**CONSENTED TO:**

**/s/ S. Troy Staley**
**S. TROY STALEY**
**Chapter 13 Trustee**
**PO Box 1618**
**New Bern, NC  28563-1618**
**(252) 633-0074**
**NC State Bar No.: 43229**
**chapter13@ednc13.com**

 /s/ Chad W. Hammonds

**CHAD W. HAMMONDS**
**Attorney for Debtor**
**3410 Capuano Road**
**Lumberton, NC  28358**
**(910) 608-3425**
**NC State Bar No.: 21027**
**cwhammondslawfirm@yahoo.com**

**"End of Document"**